# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARILYN VITCAVICH, EXECUTRIX OF THE ESTATE OF FRANK PINARDO, DECEASED,<br><br>         Petitioner<br><br>    v.<br><br>OWENS CORNING/FIBREBOARD ASBESTOS PERSONAL INJURY TRUST,<br><br>         Respondent | No. 640 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| KATHLEEN FOY, ADMINISTRATRIX OF THE ESTATE OF TERRANCE SARRA, DECEASED,<br><br>         Petitioner<br><br>    v.<br><br>OWENS CORNING/FIBREBOARD ASBESTOS PERSONAL INJURY TRUST DEAN M. TRAFELET, TRUSTEE OF OWENS CORNING/FIREBOARD ASBESTOS PERSONAL INJURY TRUST,<br><br>         Respondents | No. 641 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.